



United States District Court
Northern District of Illinois - Eastern Division
United States Courthouse
219 South Dearborn Street - Room 2010
Chicago, Illinois 60604

MICHAEL W. DOBBINS,
Clerk

May 10, 2011

Office of the Clerk

John Steele
Steele Hansmeier PLLC
161 North Clark Street
Suite 4700
Chicago, IL 60601

**FILED**

MAY 19 2011 **NF**
May 19, 2011
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Re: MCGIP, LLC v. Does 1-44
USDC No. 11-cv-3098

Dear Counselor:

The documents you recently filed in connection with the above-captioned case have been received. Additional information is required for the completion of reports that are forwarded by this office to Washington, D.C.

The following additional information is required:

| COPYRIGHT REGISTRATION NUMBER | DATE OF COPYRIGHT | HOLDER OF COPYRIGHT |
|---|---|---|
| * | * | Directech, Inc. |
| | | |
| | | |
| | | |

Please provide this information within ten (10) days of today's date.

*Copyright application pending
Case # 1-604598552

Sincerely yours,
Michael W. Dobbins, Clerk

By:  s/ Kinielle Johnson
     Deputy Clerk