IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

_____

| | |
|---|---|
| MCGIP, LLC, | CASE NO. 1:11-cv-3098 |
| Plaintiff, | |
| | Judge: Hon. Rebecca R. Pallmeyer |
| v. | Magistrate Judge: Hon. Jeffrey Cole |
| DOES 1 – 44, | |
| Defendants. | |

_____

**NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE**

Plaintiff hereby dismisses without prejudice all of its claims in the complaint against the remaining Doe Defendants. The Doe Defendants have filed neither an answer to the complaint nor a motion for summary judgment with respect to the same. Dismissal under Fed. R. Civ. P. 41(a)(1) is therefore appropriate.

        Respectfully submitted,

        MCGIP, LLC

DATED: September 22, 2011

    By:     /s/ John Steele
        One of its Attorneys

        John Steele # 6292158
        Steele Hansmeier PLLC
        1111 Lincoln Road, Suite 400
        Miami Beach, FL 33139
        Tel: (305) 748-2102
        jlsteele@wefightpiracy.com
        *Lead Counsel*

        **Attorney for Plaintiff**

## **CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on September 26, 2011, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system, in compliance with Local Rule 5.2(a).

                                                /s/ John Steele  
                                                JOHN STEELE